*Thursday, September 10, 1998*

## MOTION DOCKET

**97–1831.   Leber v. Buckeye Union Ins. Co.**
Erie App. No. E–96–014.   This cause is pending before the court as an appeal from the Court of Appeals for Erie County.   Upon consideration of appellee's motion for continuance of oral argument,
   IT IS ORDERED by the court that the motion for continuance of oral argument currently scheduled for September 15, 1998, be, and hereby is, granted.
   RESNICK, J., not participating.

*Friday, September 11, 1998*

## MOTION DOCKET

**97–1997.   State ex rel. Rea v. Ohio Dept. of Edn.**
In Mandamus.   On July 15, 1998, this court granted relators' motion for attorney fees and required that a bill and documentation in support be filed.   Relators filed their itemized fee statement on August 14, 1998.   On August 24, 1998, the parties filed a joint notice of settlement indicating that they have resolved the attorney fee issue.   Upon consideration thereof,
   IT IS ORDERED by the court that the pending matter regarding attorney fees in this case be, and hereby is, dismissed.

*Monday, September 14, 1998*

## MOTION DOCKET

**97–1595.   Genaro v. Cent. Transport, Inc.**
Certified State Law Question, Nos. 1:96CV2282, 1:97CV00598 and 1:97CV601.   This cause came before the court on the certification of a state law question from the United States District Court, Northern District of Ohio, Eastern Division.   Upon consideration of the joint motion of petitioners and *amici curiae* Ohio Employment Lawyers Association, the Committee Against Sexual Harassment, the National Organization of Women's Legal and Education Foundation, that counsel for *amici curiae* present oral argument on behalf of the petitioners,
   IT IS ORDERED by the court that the motion that counsel for *amici curiae* present oral argument on behalf of the petitioners be, and hereby is, granted.

**98–1146.   State v. Wogenstahl.**
Hamilton App. No. C–930222.   This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County.   On September 9, 1998, appellant filed a request for oral argument that is untimely pursuant to S.Ct.Prac.R. IX(2)(B).   Whereas S.Ct.Prac.R. XIV(1)(C) prohibits the untimely filing of a document,
   IT IS ORDERED by the court, *sua sponte*, that appellant's request for oral argument be, and hereby is, stricken.